UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| JOHN MARSHALL,<br>an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE PLAZA LIMITED PARTNERSHIP,<br>a Massachusetts Limited Partnership,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:11-cv-11678-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs; and **ORDERED AND ADJUDGED** that the Court shall retain jurisdiction of the above-styled cause solely for the purpose of enforcing the parties Settlement Agreement;

**DONE AND ORDERED** in Chambers this _6_ day of ___MARCH___, 2012.

_____
UNITED STATES DISTRICT JUDGE

2